TELEPHONE NUMBER (516) 365-3406
FACSIMILE (516) 627-7569
MOBILE (917) 538-0324
E-MAIL: EJBOYLE3@GMAIL.COM

THE LAW OFFICES OF
# EDWARD J. BOYLE

500 MANHASSET WOODS ROAD
MANHASSET, NY 11030

June 20, 2013

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 01 2013**

**REGULAR MAIL**

Hon. Alison J. Nathan
United States Courthouse
500 Pearl Street, Courtroom: 23B
New York, New York 10007

    Re: <u>Securities and Exchange Commission – Gasarch and Petro Suisse Ltd</u>
        <u>12 Civ. 6221</u>

Dear Judge Nathan:

    Nearly a year ago, I filed papers with your Honor opposing the SEC's Consent Settlement in the above action. My opposition papers pointed out that there were many similar partnerships created by the Defendants which were not included in the Settlement and also pointed out that multiple millions of dollars were being retained by the Defendants and that the disgorgement which accompanied the Settlement was a false number in that it merely represented the money already paid out to the early investors in this Ponzi scheme. It imposed no new economic burden on these Defendants.

    In Tuesday's Wall Street Journal, the new Chairman of the SEC, Mary Jo White, announced that the Commission has "decided to require companies to accept liability" where the Commission wants to send a tough deterrent message.

    Remarkably, the New York Office of the Securities and Exchange Commission vigorously opposed our challenge to the Settlement. In view of Chairman White's announcement of the Commission's new position, I think the Commission should advise this Court whether they still oppose our request for a fairness hearing on this settlement and whether they still wish to submit the Settlement to the Court for approval.

    I am asking the New York Office to advise whether they intend to modify their position in view of the comments of Chairman White.

                                       Respectfully,

Edward J. Boyle

cc: Sheldon Mui, Esq.
    Securities and Exchange Commission
    3 World Financial Ctr. Room 4300
    New York, NY 10281
    (212)-336-0138

